```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/29/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RYAN O'DELL,

                Plaintiff,

-against-

ALLEGHANY CORPORATION, JEFFERSON W. KIRBY, JOSEPH P. BRANDON, KAREN BRENNER, CHRIS H. CHEESMAN, IAN H. CHIPPENDALE, JOHN G. FOOS, PHILLIP M. MARTINEAU, LAUREN M. TYLER, and RAYMOND L.M. WONG,

                Defendants.

22 Civ. 3331 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 9, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by June 24, 2022. ECF No. 5. Those submissions are now overdue. Accordingly, by **July 6, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: June 29, 2022
       New York, New York

                                              ANALISA TORRES
                                      United States District Judge